**AFFIRMED AS MODIFIED; Opinion Filed October 3, 2019**



**In the**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00407-CR

**SHADRICK RAYSHARD WOODS, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the 203rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F17-51720-P**

## MEMORANDUM OPINION

Before Justices Pedersen, III, Reichek, and Carlyle
Opinion by Justice Carlyle

Shadrick Rayshard Woods was convicted and sentenced to twenty years of imprisonment after pleading guilty to intoxication manslaughter with a vehicle. Although the record unambiguously shows both that Woods entered an open plea of guilty to the charge and that the trial court sentenced him under that open plea, the trial court's judgment of conviction states "Terms of Plea Bargain: 20 YEARS PENITENTIARY."

In a single issue, Woods contends the judgment of conviction should be modified to reflect that he did not plea to the term of imprisonment. The State concedes the error and agrees the judgment should be modified to reflect Woods's open plea.

We are authorized to modify incorrect judgments when the record provides the necessary information. TEX. R. APP. P. 43.2(b); *Bigley v. State*, 865 S.W.2d 26, 27–28 (Tex. Crim. App.

1993); *Asberry v. State*, 813 S.W.2d 526, 529–30 (Tex. App.—Dallas 1991, pet. ref'd). We agree with Woods that the judgment should reflect his open plea. Thus, we modify the section of the judgment titled "Terms of Plea Bargain" to reflect "OPEN" instead of "20 YEARS PENITENTIARY." As modified, we affirm the judgment.

/Cory L. Carlyle/
CORY L. CARLYLE
JUSTICE

Do Not Publish
TEX. R. APP. P. 47.2(b)
190407F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

SHADRICK RAYSHARD WOODS,
Appellant

No. 05-19-00407-CR          V.

THE STATE OF TEXAS, Appellee

On Appeal from the 203rd Judicial District
Court, Dallas County, Texas
Trial Court Cause No. F-1751720-P.
Opinion delivered by Justice Carlyle.
Justices Pedersen, III and Reichek
participating.

Based on the Court's opinion of this date, the judgment of the trial court is **MODIFIED** as follows:

The section of the judgment titled "Terms of Plea Bargain" is modified to reflect "OPEN" instead of "20 YEARS PENITENTIARY."

As **REFORMED**, the judgment is **AFFIRMED**.

Judgment entered this 3rd day of October, 2019.